RAMIRO MORALES [Bar No.: 7101]
E-mail: rmorales@mfrlegal.com
MARC J. DEREWETZKY [Bar No.: 6619]
E-mail: mderewetzky@mfrleagl.com
MORALES, FIERRO & REEVES
600 South Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
Telephone:     (702) 699-7822
Facsimile:     (702) 699-9455

Attorneys for Plaintiff ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     vs.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>           Defendant. | CASE NO.:  2:20-cv-01374<br><br>CERTIFICATE OF INTERESTED PARTIES |

TO THE CLERK AND HONORABLE JUDGE OF THIS COURT:

PLEASE TAKE NOTICE THAT Defendant ZURICH AMERICAN INSURANCE COMPANY ("Zurich"), through its counsel and for itself and no other party, hereby submits this Certificate of Interested Parties pursuant to United States District Court for the District of Nevada Local Civil Rule 7.1-1 as having a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Zurich American Insurance Company, a New York corporation, is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.180% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a

listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Counsel is not aware of any other persons, associations of persons, firms, partnerships, corporations or insurance carriers which may have a direct pecuniary interest in the outcome of the case.

Dated:  July 24, 2020                                MORALES FIERRO & REEVES


By:   */s/ Ramiro Morales*
       Ramiro Morales, [Bar No. 007101]
       Marc J. Derewetzky [Bar No. 6619]
       600 So. Tonopah Dr., Suite 300
       Las Vegas, NV  89106

       Attorneys for Plaintiff