RAMIRO MORALES [Bar No.: 7101]
E-mail: rmorales@mfrlegal.com
MARC J. DEREWETZKY[Bar No.: 6619]
E-mail: mderewetzky@mfrlegal.com
MORALES, FIERRO & REEVES
600 South Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
Telephone:    (702) 699-7822
Facsimile:    (702) 699-9455

Attorneys for Plaintiff ZURICH AMERICAN
~~INSURANCE~~ COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | CASE NO.:    2:20-cv-01374-APG-DJA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE AND TO REPLY |
| vs. | |
| ASPEN SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

COME NOW Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Aspen Specialty Insurance Company ("Aspen") and hereby submit the following Stipulation and Order to Extend Time to Respond To Motion To Strike and to Reply thereto.

WHEREAS Zurich agreed to extend Aspen's time to respond to Zurich's complaint in this matter to October 27, 2020; and

WHEREAS on October 26, 2020, Aspen filed and served its Motion to Dismiss Zurich's complaint (Dkt# 7); and

WHEREAS Zurich's response to Aspen's Motion to Dismiss is due on before November 10, 2020; and

WHEREAS Aspen's counsel has agreed as a professional courtesy to stipulate to extend Zurich's time to respond by 21 days to allow sufficient time for Zurich to respond to the issues raised by Aspen's Motion to Dismiss; and

WHEREAS Zurich's counsel has agreed as a professional courtesy to stipulate to extend Aspen's time to file a reply to Zurich's response by 21 days;

IT IS HEREBY STIPULATED AND AGREED that Zurich's time to respond to Aspen's Motion to Dismiss is extended to December 1, 2020, and Aspen's time to file a Reply is extended to December 29, 2020.

Respectfully submitted this 5th day of November 2020.

MESSNER REEVES, LLP

By____/s/ Ryan L. Loosvelt____
    MICHAEL M. EDWARDS
    Nevada Bar No. 6281
    RYAN A. LOOSVELT
    Nevada Bar No. 8550
    8945 W. Russell Road, Suite 300
    Las Vegas, NV 89148
    *Attorneys for Defendant*
    *Aspen Specialty Insurance Company*

MORALES FIERRO & REEVES

By____/s/ Ramiro Morales____
    RAMIRO MORALES
    Nevada Bar No. 7101
    MARC J. DEREWETZKY
    Nevada Bar No. 6619
    600 S. Tonopah Dr., Suite 300
    Las Vegas, NV  89106
    *Attorneys for Plaintiff Zurich*
    *American Insurance Company*

STIPLUATION TO EXTEND FILING DEADLINES                    CASE NO.:  2:20-cv-01374-APG-DJA

CERTIFICATE OF SERVICE

I, the undersigned, am over the age of eighteen and am an employee at Morales, Fierro & Reeves, and hereby certify that the following document(s) were served a follows:

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE AND TO REPLY

<u>XX</u>      Submitted electronically for filing and service with the U.S.D.C., District of Nevada CM/ECF system on the below date.

Service was effectuated on the following party/person(s):

MICHAEL M. EDWARDS
Nevada Bar No. 6281
RYAN A. LOOSVELT
Nevada Bar No. 8550
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant*
*Aspen Specialty Insurance Company*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.  Dated this 5th day of November 2020.

*Carol J. Hastings*
Carol J. Hastings

1  RAMIRO MORALES [Bar No.: 7101]
   E-mail: rmorales@mfrlegal.com
2  MARC J. DEREWETZKY[Bar No.: 6619]
   E-mail: mderewetzky@mfrlegal.com
3  MORALES, FIERRO & REEVES
   600 South Tonopah Drive, Suite 300
4  Las Vegas, Nevada 89106
   Telephone:     (702) 699-7822
5  Facsimile:     (702) 699-9455

6  Attorneys for Plaintiff ZURICH AMERICAN
   INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 ZURICH AMERICAN INSURANCE          )   CASE NO.:    2:20-cv-01374-APG-DJA
   COMPANY,                           )
11                                    )
                                      )   [PROPOSED] ORDER ON STIPULATION
12            Plaintiff,              )   TO EXTEND TIME TO RESPOND TO
                                      )   MOTION TO STRIKE AND TO REPLY
13       vs.                          )
                                      )
14 ASPEN SPECIALTY INSURANCE          )
   COMPANY,                           )
15                                    )
            Defendant.                )
16 _____  )

17                              **ORDER**

18         The parties hereto, by and through their respective counsel of record, having submitted a

19 stipulation to extend the time for Plaintiff Zurich American Insurance Company ("Zurich") to

20 respond to Defendant Aspen Specialty Insurance Company's ("Aspen") motion to dismiss the

21 complaint in this action, and the time for Aspen to submit a reply in support of its motion, IT IS

22 HEREBY ORDERED that the time for Zurich to respond to Aspen's motion is extended to

23 December 1, 2020, and the time for Aspen to reply in support of its motion is extended to

24 December 29, 2020.

25 IT IS SO ORDERED.

26
27 DATED: November 5, 2020

28                                        _____
                                          UNITED STATES DISTRICT JUDGE

[PROPOSED ORDER]                                      CASE NO.:  2:20-cv-01374-APG-DJA