...
Case 2:20-cv-01374-APG-DJA   Document 16   Filed 12/29/20   Page 1 of 1

**MICHAEL EDWARDS. ESQ.**
Nevada Bar No. 6281
**RYAN A. LOOSVELT, ESQ.**
Nevada Bar No. 8550
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
medwards@messner.com
rloosvelt@messner.com
*Attorneys for Defendant,*
*Aspen Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | CASE NO.:   2:20-cv-01374-APG-DJA |
| Plaintiff, | ORDER ON STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS |
| vs. | |
| ASPEN SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

### ORDER

The parties hereto, by and through their respective counsel of record, having submitted a stipulation to extend the time for Defendant Aspen Specialty Insurance Company's ("Aspen") TO file a Reply to Plaintiff Zurich American Insurance Company ("Zurich")'s Opposition to Motion to Dismiss the complaint in this action, IT IS HEREBY ORDERED that the time for Aspen to Reply to Zurich's Opposition to Motion to Dismiss is extended to January 5, 2021.

IT IS SO ORDERED.

DATED: December 29, 2020

_____
UNITED STATES DISTRICT JUDGE

{04561265 / 1}1

[PROPOSED ORDER]                                                                  CASE NO.:  2:20-cv-01374-APG-DJA