# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:20-cv-01374-APG-DJA<br><br>**Order** |

I stayed this case pending the Supreme Court of Nevada's resolution of *Aspen Specialty Insurance Company v. District Court (St. Paul Fire & Marine Insurance Company)*, Case No. 83794 and *St. Paul Fire & Marine Insurance Company v. National Union Fire Insurance Company of Pittsburg, PA, et al.*, Case No. 81344. A review of the Supreme Court of Nevada's docket shows both cases have been resolved.

I THEREFORE ORDER that by July 14, 2023, the parties shall file a joint status report regarding whether the stay should be lifted and how the case should proceed. If the parties do not agree, then the status report should set forth each side's respective position.

DATED this 13th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE