**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:20-cv-01374-APG-DJA<br><br>**Order Lifting Stay** |

I previously stayed this case pending the Supreme Court of Nevada's rulings in *Aspen Specialty Insurance Company v. District Court (St. Paul Fire & Marine Insurance Company)*, Case No. 83794 and *St. Paul Fire & Marine Insurance Company v. National Union Fire Insurance Company of Pittsburg, PA, et al.*, Case No. 81344. ECF No. 43. The Supreme Court of Nevada recently resolved both cases, so I ordered the parties to file a joint status report regarding whether the stay should be lifted and how the case should proceed. ECF No. 45. The parties agree that the stay should be lifted. ECF No. 48. They disagree about whether a scheduling order should be entered now or whether discovery should be stayed until after an anticipated motion to dismiss is resolved. *Id.*

I lift the stay and direct the parties to file a proposed scheduling order by August 4, 2023. To obtain a stay of discovery, the defendant must file a properly supported motion for that relief.

I THEREFORE ORDER that the stay in this case is lifted.

I FURTHER ORDER the parties to file a proposed scheduling order by August 4, 2023.

DATED this 14th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE