M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Nicholas L. Hamilton, Esq.
Nevada Bar No. 10893
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: cmeyer@messner.com
           nhamilton@messner.com
*Attorneys for Defendant*
*Aspen Specialty Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-01374-APG-DJA<br><br>**JOINT PROPOSED SCHEDULING ORDER** |

Defendant Aspen Specialty Ins. Co. and Plaintiff Zurich American Ins. Co. (collectively "Parties"), by and through counsel, hereby provide this Court with the following JOINT PROPOSED SCHEDULING ORDER in response to this Court's Order dated June 14, 2023 [Dkt. No. 49] reflecting the following dates:

- Amend pleadings and add parties: Friday, November 3, 2023
- Expert disclosures: Wednesday, December 6, 2023
- Rebuttal expert disclosures: Wednesday, January 3, 2024
- Dispositive motions: Wednesday, March 6, 2024
- Discovery Cutoff: Friday, February 2, 2024
- Joint pretrial order: Wednesday, April 3, 2024

{07575683 / 1}                                                  1

1  DATED this 28th day of August, 2023.

MESSNER REEVES, LLP

By: /s/ Nicholas Hamilton, Esq.
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Nicholas L. Hamilton, Esq.
Nevada Bar No. 10893
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant*

DATED this 28th day of August, 2023.

MORALES FIERRO & REEVES

By: /s/ William Reeves, Esq.
William Reeves
Nevada Bar No. 8235
600 S. Tonopah Dr., Suite 300
Las Vegas, NV 89106
*Attorneys for Plaintiff Zurich*

## ORDER

IT IS HEREBY ORDERED that the parties will adhere to the following scheduling order:

- Amend pleadings and add parties: Friday, November 3, 2023
- Expert disclosures: Wednesday, December 6, 2023
- Rebuttal expert disclosures: Wednesday, January 3, 2024
- Dispositive motions: Wednesday, March 6, 2024
- Discovery Cutoff: Friday, February 2, 2024
- Joint pretrial order: Wednesday, April 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: August 29, 2023