UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:20-cv-01374-APG-DJA<br><br>**Order** |

On January 26, 2024, the parties advised the court that they had settled this matter. ECF No. 60. The parties have not filed a stipulation to dismiss or status report since then.

I THEREFORE ORDER that by April 25, 2024, the parties shall file either a stipulation of dismissal or a joint status report regarding settlement.

DATED this 4th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE