William Reeves
State Bar No.: 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: wreeves@mfrlegal.com

Attorneys for Plaintiff
Zurich American Ins. Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INS. CO., | Case No.: 2:20-cv-01374-APG-DJA |
| Plaintiff, | STIPULAUTION AND [PROPOSED] ORDER TO DISMISS CASE |
| vs. | |
| ASPEN SPECIALTY INS. CO., | |
| Defendant. | |

Plaintiff Zurich American Ins. Co. and Defendant Aspen Specialty Ins. Co., by and through counsel and pursuant to FRCP 41, hereby stipulate and agree to the dismissal of this case in its entirety with prejudice with the parties bearing their own fees and costs.

Dated: July 17, 2024

MORALES FIERRO & REEVES                MESSNER REEVES LLP

By:  /s/ William Reeves                By:  /s/ Danielle Kolkoski
     William Reeves                         Danielle Kolkoski
     Attorneys for Plaintiff                Attorneys for Defendant

The Court, having considered the stipulation of the parties and good cause appearing, orders this case dismissed with prejudice.

Dated: July 18, 2024

_____
DISTRICT COURT JUDGE